IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Williams, Roosevelt

Printed: 03/10/09

Case Number: 08 B 27918
Judge: Squires, John H
Filed: 10/17/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 28, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nationwide Acceptance Corp | Secured | 13,095.29 | 0.00 |
| 2. | Internal Revenue Service | Priority | 18,489.97 | 0.00 |
| 3. | Internal Revenue Service | Unsecured | 3,675.34 | 0.00 |
| 4. | RMI/MCSI | Unsecured | 2,664.00 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 623.32 | 0.00 |
| 6. | Corporate America Family CU | Unsecured | 1,092.83 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 346.03 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 1,016.58 | 0.00 |
| 9. | Global Acceptance | Unsecured | 2,080.00 | 0.00 |
| 10. | Bank Of America | Unsecured | | No Claim Filed |
| 11. | Nationwide Cassel | Unsecured | | No Claim Filed |
| 12. | Bank Of America | Unsecured | | No Claim Filed |
| 13. | Credit One Bank | Unsecured | | No Claim Filed |
| 14. | Medical Imaging Professionals SC | Unsecured | | No Claim Filed |
| 15. | Northern Illinois Medical Cntr | Unsecured | | No Claim Filed |
| 16. | Clinical Cardiology Group | Unsecured | | No Claim Filed |
| | | | $ 43,083.36 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Williams, Roosevelt

Printed: 03/10/09

Case Number:  08 B 27918
Judge:  Squires, John H
Filed:  10/17/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Mach*